

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rychkov Vitalii | Civil Action No.   25cv3745-CAB-MSB |
| Plaintiff, | |
| V. | |
| Warden, Otay Mesa Detention Center; Field Officer Director of ICE San Diego | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court concludes that we lack jurisdiction to review Petitioner's claims and so DISMISS the Petition. Case closed.

Date:   1/8/26

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Hazard
                                    A. Hazard, Deputy